# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

162237 & (11)(12)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MAXIMO SANDOVAL, JR.,
    Defendant-Appellant.

SC: 162237
COA: 354230
Tuscola CC: 2006-009907-FH

_____/

    On order of the Court, the application for leave to appeal the October 9, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for peremptory reversal and to remand are DENIED.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



b0616

Clerk